

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00052-CV

| | | |
|---|---|---|
| Texas Voices for Reason and Justice, Inc. | § | From the 211th District Court |
| | § | of Denton County (15-10761-211) |
| v. | | |
| | § | March 30, 2017 |
| The City of Argyle, Texas; The City of Hickory Creek, Texas; The City of Oak Point, Texas; and The City of Ponder, Texas | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Texas Voices for Reason and Justice, Inc. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker